UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 15-CR-10002-IT |
| ) | |
| DAWN SPURR ) | |
| Defendant. | |

### ORDER UNSEALING PLEA AGREEMENT

Upon consideration of the Government's assented-to-motion seeking an order to unseal the Plea Agreement in this case the Court finds as follows:

1. The defendant, as part of in this case, is expected to testify in the up-coming trial of the United States v. James Peterson, 14-CR-10352-NMG.

2. The Plea Agreement, by Order of this Court, has been disclosed to Paterson's counsel.

3. The Plea Agreement will become relevant during Dawn Spurr's testimony.

Accordingly, the Court hereby grants the Government's assented-to-motion and ORDERS that the Plea Agreement in this case be unsealed.

_____
THE HONORABLE INDIRA TALWANI
UNITED STATES DISTRICT JUDGE

Dated: 11/12/15